# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 1321

VERSUS

QUINTON JACKSON

**FEBRUARY 01, 2021**

---

In Re:     Quinton Jackson, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           37611.

---

**BEFORE:     THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT